AO 91 (Rev. 11/11)  Criminal Complaint

# FILED

## UNITED STATES DISTRICT COURT

SEP 2 4 2020

for the

Western District of Texas

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ w/v
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:20-m-01662,001 |
| Devin Nicholas GOMEZ | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 09/23/2020 _____ in the county of _____ Bexar _____ in the
_____ Western _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | UNLAWFULLY, KNOWINGLY AND WILLFULLY |
| 18 U.S.C. 924(c) | POSSESSED WITH INTENT TO DISTRIBUTE |
| | APPROXIMATELY 337.1 GROSS GRAMS OF |
| | METHAMPHETAMINE, A SCHEDULE II CONTROLLED |
| | SUBSTANCE, A VIOLATION OF TITLE 21 USC |
| | SECTION 841 (a) (1) AND POSSESSING/USING A FIREARM IN |
| | FURTHERANCE OF DRUG TRAFFICKING, A VIOLATION OF TITLE 18 |
| | USC SECTION 924 (c). |

This criminal complaint is based on these facts:

* * * * * * * * * * * * * * * * * * * * *SEE ATTACHMENT* * * * * * * * * * * * * * * * * * * * * * *

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Andrzyczak  DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 09/24/2020 _____

_____
*Judge's signature*

City and state: _____ Del Rio, Texas _____

Collis White, United States Magistrate Judge
*Printed name and title*

2:20-m-01662,001

**United States of America**
**vs.**
**Devin Nicholas GOMEZ**

## Attachment

On September 23, 2020, at approximately 12:00 p.m., Eagle Pass Resident Office and San Antonio District Office Drug Enforcement Administration (DEA) Agents/Officers established surveillance in the vicinity of 535 Saints Haven, San Antonio, TX 78220. At approximately 5:27 p.m., Agents/Officers observed Devin GOMEZ exit the front of the residence carrying a black sling backpack. At this time, Agents/Officers observed GOMEZ enter a dark blue 2017 Chevrolet Malibu, bearing TX license plate NGV-8579, with the black sling backpack and depart the area. Agents/Officers continued to surveil GOMEZ as he traveled on East Houston Street and onto Interstate 410. At this time, Agents/Officers observed GOMEZ driving erratically in an apparent attempt to evade law enforcement detection. Agents then suspected that GOMEZ may have throw an object from his vehicle while on the interstate, a subsequent search by San Antonio District Office Agents/Officers alongside the interstate resulted in the location of approximately 337.1 gross grams of methamphetamine contained within clear plastic baggies. Agents then observed GOMEZ travel back towards 535 Saints Haven, San Antonio, TX 78220, where he was observed parking in the front driveway and sitting in his vehicle. At approximately 5:39 p.m., Agents/Officers observed GOMEZ depart the area and travel to a Valero gas station located at 438 S WW White Road, San Antonio, TX 78219. Agents/Officers observed GOMEZ as he entered/exited the establishment and then reentered his vehicle.

At such time, Agents/Officers approached GOMEZ and he was placed under arrest and transported to the DEA San Antonio District Office in San Antonio, Texas. Once under arrest, GOMEZ admitted to Agents/Officers that he had a loaded 9mm Taurus handgun located underneath the rear passenger seat of his vehicle, at which time Agents/Officers located and seized the firearm.

That same day, DEA Agents arrived at the San Antonio District Office and read GOMEZ his Miranda rights; GOMEZ agreed to answer questions without an attorney present. At that time, GOMEZ stated that at the time when he left his girlfriend's residence (535 Saints Haven) he believed he was followed by law enforcement. GOMEZ stated to Agents that when he left the residence, he was in possession of and on the way to drop-off methamphetamine to one of his customers. GOMEZ stated to Agents that as he traveled onto Interstate 410, he believed that he was continuously being followed by law enforcement, at which time he decided to throw the methamphetamine out of his vehicle's window. GOMEZ stated that he had planned to return to the vicinity of the interstate to retrieve the methamphetamine that he had thrown out of his vehicle. GOMEZ stated that the anticipated proceeds from this attempted methamphetamine delivery, along with the US currency in his current possession, would have been used to

purchase a larger quantity of methamphetamine for himself that day from a yet-to-be identified source in San Antonio, Texas.

_____ September 24, 2020
James Andrzyczak, TFO
Drug Enforcement Administration


Sworn to before me, and subscribed in my presence,

_____ September 24, 2020
Collis White
United States Magistrate Judge
Western District of Texas