

FILED
October 21, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____TB_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. |
| | § | **I N D I C T M E N T** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 21 U.S.C. § |
| | § | 841(a)(1) & (b)(1)(A) and 846, |
| DEVIN NICHOLAS GOMEZ | § | Conspiracy to Possess With Intent to |
| | § | Distribute Methamphetamine; COUNT |
| | § | TWO: 21 U.S.C. § 841(a)(1) & |
| | § | (b)(1)(A), Possession of |
| | § | Methamphetamine With Intent to |
| | § | Distribute; COUNT THREE: 18 U.S.C. |
| | § | 924(c)(1)(A): Use or Carry of a firearm |
| | § | during and in relation a drug trafficking |
| | § | crime.] |

**DR-20-CR-01564-AM**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

Between or about July 23, 2020, through September 23, 2020, in the Western District of Texas, Defendant,

DEVIN NICHOLAS GOMEZ,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed with others known and unknown, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(A)]

Between or about July 23, 2020, through September 23, 2020, in the Western District of Texas, Defendant,

DEVIN NICHOLAS GOMEZ,

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

## COUNT THREE
[18 U.S.C. 924(c)(1)(A)]

On or about September 23, 2020, in the Western District of Texas, Defendant,

DEVIN NICHOLAS GOMEZ,

knowingly used or carried a firearm, that is, a 9mm Taurus handgun, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Title 21, United States Code, Section 841(a)(1) & (b)(1)(A) Possession of Methamphetamine with Intent to Distribute, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

Original Signature Redacted Pursuant to E-Government Act of 2002

FOREPERSON

GREGG N. SOFER
United States Attorney

By: _____
SYDNI L. CONNELL
Assistant United States Attorney

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: BEXAR                               USAO #: 2020R07938

DATE: OCTOBER 21, 2020                      MAG. CT. #: DR20-01662M

AUSA: SYDNI L. CONNELL

DEFENDANT: DEVIN NICHOLAS GOMEZ

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: EDGAR HUGO JUAREZ

ADDRESS OF ATTORNEY: PO BOX 4241 EAGLE PASS, TX 78853

DEFENDANT IS: DETAINED            DATE OF ARREST: SEPTEMBER 24, 2020

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to possess with intent to distribute Methamphetamine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(A), Possession with intent to distribute Methamphetamine; Count 3 - 18 U.S.C. 924(c)(1)(A): Use or Carry of a firearm during and in relation to a drug trafficking crime.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Counts 1 & 2: 10 years to life imprisonment; up to $10,000,000 fine; 5 years supervised release; $100 mandatory special assessment for each count of conviction. Count 3: 5 year minimum imprisonment; up to $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3